UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**LEODANY SANTANA CARVAJAL**          **CASE NO. 6:20-CV-01362 SEC P**

**VERSUS**                            **JUDGE ROBERT R. SUMMERHAYS**

**WILLIAM BARR, ET AL**               **MAGISTRATE JUDGE HANNA**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion To Dismiss Pursuant To Federal Rule 12(b)(1) filed by the Government [Rec. Doc. 12], be **GRANTED**, the Petition for Writ of Habeas Corpus be **DISMISSED** without prejudice and that this proceeding be terminated.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 4th day of June, 2021.

_____
**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**